IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLAUDIA PRITCHETT,<br><br>           Plaintiff,<br><br>    v.<br><br>BP EXPLORATION & PRODUCTION INC., ET AL.,<br><br>           Defendants. | Civil Action No. 24-524 |

## ORDER

At Wilmington on this Ninth day of August in 2024,

For the reasons set forth in the Memorandum Opinion issued on this day, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Transfer Under 28 U.S.C. § 1404(a) (D.I. 47) is **GRANTED**; and

2. The Clerk of the Court is directed to **TRANSFER** immediately this action to the United States District Court for the Southern District of Alabama.

*/s/ Colm F. Connolly*
CHIEF JUDGE